IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CR-007-RLV-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| MARIXA DAWN HART, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Detention" (Document No. 23) filed October 21, 2015. Having carefully considered the motion, the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Detention" (Document No. 23) is **GRANTED**.

**SO ORDERED**.

Signed: October 21, 2015

_____
David C. Keesler
United States Magistrate Judge